# UNITED STATES DISTRICT COURT

Southern District of New York

07 CIV 8482

| | |
|---|---|
| Valerie Torres and Derreck Becerra,<br><br>Plaintiffs<br><br>-against-<br><br>The City of New York; New York City Police Captain Peter Simonetti, New York City Police Officer Thomas M. DeLacy, New York City Police Officers John Does 1 through 9 and New York City Police Officer Jane Doe,<br><br>Defendants | **SUMMONS IN A CIVIL ACTION** |

To:   New York City
      Law Department
      100 Church Street, 4th floor
      New York, New York  10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

   Darius Wadia
   Darius Wadia, LLC
   233 Broadway, Suite 2208
   New York, New York  10279

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a period of time after service.

**J. MICHAEL McMAHON**                                   OCT 0 1 2007
_____                            _____
Clerk                                                         Date

_____
(By) Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/4/2007 |
| NAME OF SERVER (PRINT) Danny Vizuete | TITLE Office Manager/Paralegal |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
  New York City Law Department, 100 Church Street, 4th Floor, New York, NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10/21/2007___        _____[signature]_____
                Date                        Signature of Server

233 Broadway, Suite 2208, New York, NY 10279
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.